UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | File No. 22-CR-86-2 (JWB/ECW) |
| Plaintiff, | GABRIEL LEMOINE'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONIAL HEARSAY |
| v. | |
| Gabriel Lemoine, | |
| Defendant. | |

_____

COMES NOW Defendant, and pursuant to the VIth Amendment to the United States Constitution and *Crawford v. Washington,* 541 U.S. 36, 124 S. Ct. 1354, 158 L.Ed.2d 177 (2004) and its progeny, hereby moves the Court for a ruling *in limine* prohibiting the government from asking any questions that would elicit, or seeking to otherwise introduce testimonial statements from non-testifying witnesses, "The Confrontation Clause bars 'admission of testimonial statements of a witness who did not appear at trial unless he was unavailable to testify, and the defendant had had a prior opportunity for cross-examination.'" *United States v. Spencer,* 592 F.3d 866, 878 (8th Cir. 2010) quoting *Crawford,* 541 U.S. 36, 53-54 (2004).

Mr. Lemoine therefore respectfully requests the Court issue a ruling *in limine* prohibiting the Government from introducing any testimonial hearsay in violation of the Confrontation Clause to the United States Constitution.

1

Respectfully Submitted,

**ANDREW IRLBECK LAWYER CHTD.**

Dated: May 12, 2023

/s/ Andrew M. Irlbeck
Andrew M. Irlbeck, #392626
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Phone: 612-986-3895
Fax: 651-223-5179
andrew@irlbecklaw.com
ATTORNEY FOR GABRIEL LEMOINE