UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | File No. 22-CR-86-2 (JWB/ECW) |
| Plaintiff, | GABRIEL LEMOINE'S MOTION *IN LIMINE* TO PRECLUDE REFERENCE TO DEFENSE COUNSEL |
| v. | |
| Gabriel Lemoine, | |
| Defendant. | |

_____

COMES NOW Defendant, Gabriel Lemoine, through the undersigned counsel, and moves the Court for a ruling *in limine* precluding the Government from arguing or inquiring, or any witness from testifying or alluding to the fact Mr. Lemoine has a privately retained attorney.

It is, of course, irrelevant and unduly prejudicial. Fed.R.Ev. 401, 403. Therefore it must be excluded, as it is not properly evidence to be presented to the jury.

Respectfully Submitted,

**ANDREW IRLBECK LAWYER CHTD.**

Dated: May 12, 2023

/s/ Andrew M. Irlbeck
Andrew M. Irlbeck, #392626
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Phone: 612-986-3895
Fax: 651-223-5179
andrew@irlbecklaw.com
ATTORNEY FOR GABRIEL LEMOINE

1