✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF  MINNESOTA

UNITED STATES OF AMERICA

V.

GABRIEL EDUARDO LEMOINE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 22cr86-2 JWB/ECW

Defendant's Motion for Judgment of Acquittal was GRANTED as to Count 1 of the Indictment on 06/05/23 (Doc. No. 204). Defendant was found Not Guilty as to Count 3 on 06/05/23 (Doc. No. 206).

Defendant's Motion for Judgment of Acquittal was GRANTED as to Counts 2, 4, and 5 on 08/14/23 (Doc. No. 223).

IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

*s/ Jerry W. Blackwell*

---
Signature of Judge

JERRY W. BLACKELL, DISTRICT JUDGE

---
Name of Judge                    Title of Judge

August 14, 2023

---
Date