UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 22-cr-086(2) (JWB/ECW)

**RECEIVED**
NOV 12 2024
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INFORMATION** |
| Plaintiff, | ) 18 U.S.C. § 4 |
| v. | ) |
| GABRIEL EDUARDO LEMOINE, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Misprision of a Felony)

From in or about late January 2022, and continuing through on or about April 21, 2022, the defendant,

**GABRIEL EDUARDO LEMOINE,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, the possession with the intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), did unlawfully, knowingly and intentionally conceal and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, all in violation of Title 18, United States Code, Section 4.

Dated: November 12, 2024

ANDREW M. LUGER
United States Attorney

BY: THOMAS M. HOLLENHORST
Assistant United States Attorney
Attorney ID No. 46322

SCANNED
NOV 1 2 2024
U.S. DISTRICT COURT ST. PAUL